IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| | | |
|---|---|---|
| RHONDA D. WILHELM PINSON, | § | |
| Plaintiff, | § § § | |
| vs. | § § | Civil Action No. 6:09-CV-026-C |
| | § | ECF |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | § § § § | |
| Defendant. | § | |

### ORDER

**THIS MATTER** comes before the court on the Report and Recommendation filed September 9, 2010 (Doc. 24). No written objections have been filed.

**IT IS, THEREFORE, ORDERED** that the findings and conclusions in the Report and Recommendation are **ADOPTED** as the findings and conclusions of the court and that this cause is reversed and remanded for further proceedings pursuant to 405 U.S.C. § 405(g).

Upon remand, the ALJ should consider the evidence submitted after the hearing and resolve any conflicts in the evidence and should further consider whether Plaintiff's mental impairment(s) are severe, whether any limitations are imposed therein, and the effect that her mental demands have on her past relevant work

Dated September 27, 2010.

_____
SAM R. CUMMINGS
UNITED STATES DISTRICT JUDGE